# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23  
Rev. 5/98

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____ | FOR _____ AT _____ | LOCATION NUMBER

PERSON REPRESENTED (Show your full name): _____

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS  
Magistrate: 03M0448RBC - 01  
District Court:  
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: **DUNK DOUNDS**
- IF YES, how much do you earn per month? $ **1000**
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No  
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**: Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount $ **1000**

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No  
IF YES, GIVE THE VALUE AND DESCRIBE IT  
VALUE: **1000**  DESCRIPTION: **CAR**

**DEPENDENTS**  
MARITAL STATUS: ☐ SINGLE  ☒ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED  
Total No. of Dependents: **1**  
List persons you actually support and your relationship to them: **Gislene Alves Rocha, Ana Sandra Alves Rocha**

**OBLIGATIONS & DEBTS**

| DEBTS & MONTHLY BILLS | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APARTMENT OR HOME: Apartment | | $ | $ 350.00 |
| EVA Electricity | | $ | $ 30.00 |
| EVA Telephone | | $ | $ 40.00 |
| EVA Grocery | | $ | $ 50.00 |
| EVA Wire Transfer to family | | $ | $ 100.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **12/17/03**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Francisco PH de Oliveira Rocha*