# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CRIMINAL |
| | CASE NO. 03mj0498 RBC |
| Marcos Pith De Oliveria Rocha | |
| Defendant | |

## APPOINTMENT OF FEDERAL DEFENDER SYRIE FRIED

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of December 17, 2003 to represent said defendant in this cause until further order of the Court.

TONY ANASTAS
CLERK OF COURT

By: *Gina P. Affsa, Esq.*
Deputy Clerk

DATE: *December 30, 2003*

(Order.FD.wpd - 11/98)                                                                                    [koapptpd.]