UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS **04** CR **1 0 0 0 1** RGS

|  |  |
|---|---|
| | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| (1) MARCOS PITH DEOLIVEIRA ROCHA | ) |
| a/k/a LUCAS VALADARES | ) |
| | ) |
| and | ) |
| | ) |
| (2) ARI ALVES TEIXEIRA | ) |

CRIMINAL NO.

VIOLATIONS:

18 U.S.C. §1028(a)(1) and
(b)(1)
**Producing False Identification
Documents**

18 U.S.C. §1028(a)(2) and
(b)(1)
**Transferring False
Identification Documents**

18 U.S.C. §1028(a)(5) and
(b)(1)
**Possession of Document-Making
Implements for Production of
False Identification Documents**

18 U.S.C. § 2
**Aiding and Abetting**

18 U.S.C. §1028(b)(5),
18 U.S.C. §982(a)(2)(B),
18 U.S.C. §981(a)(1)(C), and
28 U.S.C. §2461(c)
**Criminal Forfeiture**

## INDICTMENT

<u>COUNT ONE</u>:    **(18 U.S.C. §1028(a)(1) and (b)(1) - Producing
                  False Identification Documents)**

The Grand Jury charges that:

On or about November 19, 2003, at Quincy, in the District of

Massachusetts,

**MARCOS PITH DEOLIVEIRA ROCHA**
**a/k/a LUCAS VALADARES**
**and**
**ARI ALVES TEIXEIRA,**

defendants herein, did knowingly produce false United States

identification documents, to wit: four counterfeit Social

Security Administration account number cards and four counterfeit

alien registration card, which appeared to be issued by or under

the authority of the United States, knowing that such documents

were produced without lawful authority.

All in violation of Title 18, United States Code, Sections

1028(a)(1) and (b)(1), and Title 18, United States Code, Section

2.

**COUNT TWO**:     **(18 U.S.C. §1028(a)(2) and (b)(1) – Transfer False Identification Documents)**

The Grand Jury charges that:

On or about November 19, 2003, at Quincy, in the District of Massachusetts,

**MARCOS PITH DEOLIVEIRA ROCHA**
**a/k/a LUCAS VALADARES**
**and**
**ARI ALVES TEIXEIRA,**

defendants herein, did knowingly transfer false United States identification documents, to wit: four counterfeit Social Security Administration account number cards and four counterfeit alien registration card, which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Sections 1028(a)(2) and (b)(1), and Title 18, United States Code, Section 2.

**COUNT THREE:**    **(18 U.S.C. §1028(a)(1) and (b)(1) - Produce False Identification Documents)**

The Grand Jury further charges that:

On or about December 11, 2003, at Quincy, in the District of Massachusetts,

**MARCOS PITH DEOLIVEIRA ROCHA**
**a/k/a LUCAS VALADARES**
**and**
**ARI ALVES TEIXEIRA,**

defendants herein, did knowingly produce false United States identification documents, to wit: six counterfeit Social Security Administration account number cards and six counterfeit alien registration card, which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Sections 1028(a)(1) and (b)(1), and Title 18, United States Code, Section 2.

4

**COUNT FOUR**:    **(18 U.S.C. §1028(a)(2) and (b)(1) - Transferring False Identification Documents)**

The Grand Jury further charges that:

On or about December 11, 2003, at Quincy, in the District of Massachusetts,

**MARCOS PITH DEOLIVEIRA ROCHA**
**a/k/a LUCAS VALADARES**
**and**
**ARI ALVES TEIXEIRA,**

defendants herein, did knowingly transfer false United States identification documents, to wit: six counterfeit Social Security Administration account number cards and six counterfeit alien registration card, which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Sections 1028(a)(2) and (b)(1), and Title 18, United States Code, Section 2.

5

**COUNT FIVE**:    **(18 U.S.C. §1028(a)(1) and (b)(1) — Producing**
**False Identification Documents)**

The Grand Jury charges that:

On or about December 17, 2003, at Quincy, in the District of

Massachusetts,

**MARCOS PITH DEOLIVEIRA ROCHA**
**a/k/a LUCAS VALADARES**
**and**
**ARI ALVES TEIXEIRA,**

defendants herein, did knowingly produce false United States

identification documents, to wit: two counterfeit Social Security

Administration account number cards and two counterfeit alien

registration card, which appeared to be issued by or under the

authority of the United States, knowing that such documents were

produced without lawful authority.

All in violation of Title 18, United States Code, Sections

1028(a)(1) and (b)(1), and Title 18, United States Code, Section

2.

6

**COUNT SIX:**      **(18 U.S.C. §1028(a)(2) and (b)(1) – Transferring False Identification Documents)**

The Grand Jury further charges that:

On or about December 17, 2003, at Quincy, in the District of Massachusetts,

**MARCOS PITH DEOLIVEIRA ROCHA**
**a/k/a LUCAS VALADARES**
**and**
**ARI ALVES TEIXEIRA,**

defendants herein, did knowingly transfer false United States identification documents, to wit: six counterfeit Social Security Administration account number cards and six counterfeit alien registration card, which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Sections 1028(a)(2) and (b)(1), and Title 18, United States Code, Section 2.

**COUNT SEVEN:**     **(18 U.S.C. §1028(a)(5) and (b)(1) — Possession of Document-Making Implements for Production of False Identification Documents)**

The Grand Jury charges that:

On or about December 17, 2003, at Quincy, in the District of Massachusetts,

**MARCOS PITH DEOLIVEIRA ROCHA
a/k/a LUCAS VALADARES
and
ARI ALVES TEIXEIRA,**

defendants herein, did knowingly possess a document-making implement, to wit a computer, and a printer/scanner/copier, with the intent that such document-making implements be used in the production of false United States identification documents.

All in violation of Title 18, United States Code, Sections 1028(a)(5) and (b)(1), and Title 18, United States Code, Section 2.

8

**COUNT EIGHT:**        (18 U.S.C. §1028(b)(5), 18 U.S.C. §982(a)(2)(B)
                    18 U.S.C. §981(a)(1)(C), 28 U.S.C. §2461(c) –
                    Criminal Forfeiture)

As a result of committing one or more of the false
identification document offenses alleged in Counts One through
Seven of this Indictment,

**MARCOS PITH DEOLIVEIRA ROCHA**
**a/k/a LUCAS VALADARES**
**and**
**ARI ALVES TEIXEIRA,**

defendants herein, shall forfeit to the United States: (1) any
personal property used or intended to be used to commit the
offense, pursuant to Title 18, United States Code, Section
1028(b)(5); (2) any property constituting, or derived from,
proceeds obtained directly or indirectly, as the result of one or
more of the offenses, pursuant to Title 18, United States Code
Section 982(a)(2)(B); and (3) any property, real or personal,
which constitutes or is derived from proceeds traceable to one or
more of the offenses, pursuant to Title 18, United States Code
Section 981(a)(1)(C) and Title 28, United States Code, Section
2461(c).  Such property includes, but is not limited to, the
following assets seized from Apartment 1, 58 Copeland Street,
Quincy, Massachusetts on or about December 17, 2003:

>        a.    Any and all equipment including, but not limited
>              to, computers, including an HP Pavilion Central
>              Processing Unit, and printers/scanners/copiers,

9

including an HP PSC 2175; and

        b.    Approximately $2,000 in United States currency.

    2.    If any of the property described above, as a result of any act or omission by the defendants --

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intention of the United States, pursuant to Title 18, United States Code, Sections 1028(g) and/or 982(b)(1) and/or Title 28, United States Code, Section 2461(c), all of which incorporate Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described above.

    All pursuant to Title 18, United States Code, Sections 981, 982 and 1028, and Title 28, United States Code, Section 2461.

10

A TRUE BILL

_Edward J Murphy 1/7/04_
FOREPERSON OF GRAND JURY

Seth P. Berman

Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, January 7, 2004.

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk
1-7-04 at 11:45 am

11