UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN -5 P 12: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
)
v. ) Criminal No. 01-10175-JLT
)
)
MARCOS PITH DE OLIVEIRA ROCHA )

### DEFENDANT'S MOTION TO CONTINUE DETENTION HEARING

The defendant Marcos De Oliveira Rocha moves this Court to continue the detention hearing in the above-captioned case. As grounds for this motion, undersigned counsel states that she will not be available to conduct a detention hearing until the week of January 12, 2004. Counsel requests that the hearing be scheduled on a date during that week and assents to the exclusion of the intervening time for purposes of 18 U.S.C. §3161.

Wherefore, the defendant requests that this motion to continue the detention hearing in this case be allowed.

Respectfully submitted,

By his attorney,

_____
Syrie D. Fried
B.B.O. # 555815
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon Assistant United States Attorney Seth Berman
by delivery on January 5, 2004.