# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                             CRIMINAL NO. 2004-10001-RGS

MARCOS PITH DE OLIVERIA ROCHA,
ARI ALVES TEXEIRA,
      Defendants.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    1/7/2004 - Indictment returned.

    1/5 - 8/2004 - Filing to ruling on Motion #8.

    12/17/2003 - 1/14/2004 -   Filing to hearing and decision on Government's Motion for Detention of defendant Rocha.

    1/14/2004 - Arraignment

    1/15 - 2/11/2004 - Excluded as per L.R. 112.2(A)(2)

    2/13 - 23/2004 - Filing to decision on Motion #14.

2/26/2004 - Conference held.

2/27 - 3/26/2004 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of March 26, 2004, THREE (3) non-excludable days will have occurred leaving SIXTY-SEVEN (67) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 15, 2004.