UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                      ) | CRIMINAL NO. 04-10001-RGS |
| ) | |
| ) | |
| MARCOS PITH DE OLIVEIRA ROCHA ) | |

### MOTION FOR LEAVE TO LATE-FILE PRETRIAL MOTIONS

The defendant Marcos Rocha respectfully moves this Court for additional time within which to file motions in the above-captioned case. The defendant's motions were due to be filed on March 26, 2004.

As grounds for this motion, counsel states that discovery is not complete in this case. Specifically, as a result of a clerical error the defendant and counsel have not been given a complete set of the tape-recorded conversations the defendants allegedly had with the government informant. The government is in the process of rectifying this error, but the defendant and counsel need an additional two to three weeks so that the defendant can review the complete tapes which purport to contain his statements to the informant.

Counsel has conferred with Assistant U.S. Attorney Seth Berman about this motion and the outstanding discovery referenced herein. Counsel represents that the government has no objection

to this motion.

WHEREFORE, for the above-stated reasons, undersigned counsel respectfully requests that this motion for leave to late-file pretrial motions in this case be granted.

MARCOS PITH DE OLIVEIRA ROCHA
By his attorney,

/s/ Syrie D. Fried
Syrie D. Fried
   B.B.O. # 555815
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Syrie D. Fried, do hereby certify that copies of the foregoing motion were served upon Assistant U.S. Attorney Seth Berman and attorney George Gormley by delivery and first-class mail on March 26, 2004.

/s/ Syrie D. Fried
Syrie D. Fried