# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2004-10001-RGS-01
 -02

MARCOS PITH DEOLIVEIRA ROCHA,
ARI ALVES TEIXERIRA,
 Defendants.

## FURTHER ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

3/26 - 31/2004 - Filing to decision on Motion #21.

3/29/2004 - Conference held.

3/30 - 4/20/2004 -   Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of April 20, 2004, THREE (3) non-excludable days have occurred leaving SIXTY-THREE (63) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

/s/ Robert B. Collings

March 31, 2004.

ROBERT B. COLLINGS
United States Magistrate Judge