UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 04-10001-RGS

MARCOS PITH DEOLIVEIRA ROCHA and
ARI ALVES TEIXERIRA

# NOTICE OF INITIAL PRE-TRIAL/TRIAL ASSIGNMENT CONFERENCE

**STEARNS, DJ.**  **APRIL 6, 2004**

COUNSEL IN THE ABOVE-CAPTIONED ACTION ARE HEREBY ORDERED

TO APPEAR FOR A PRE-TRIAL/TRIAL ASSIGNMENT CONFERENCE ON:

**TUESDAY, APRIL 20, 2004 AT 4:00 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT

JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED

STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
**Deputy Clerk**

TO: AUSA Berman;   Attys. Gormley and Fried.