UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 04-10001-01-RGS

MARCOS PITH DE OLIVEIRA ROCHA

## ORDER OF STIPULATED JUDICIAL DEPORTATION

**STEARNS, DJ.**                                                    **AUGUST 12, 2004**

PURSUANT TO THE AUTHORITY CREATED BY SECTION 374(a)(3) OF THE ILLEGAL IMMIGRATION REFORM AND IMMIGRANT RESPONSIBILITY ACT OF 1996, PUB. L. 104-208, 110 STAT. 3009 (SEPTEMBER 30, 1996), CODIFIED AT TITLE 8, UNITED STATES CODE, SECTION 1228(c)(5), AND UPON THE PARTIES' AGREEMENT TO THE ENTRY OF A STIPULATED JUDICIAL ORDER OF DEPORTATION, IT IS HEREBY ORDERED THAT THE DEFENDANT, MARCOS PITH DE OLIVEIRA ROCHA, AN ALIEN REMOVABLE UNDER 8 U.S.C. SECTION 1227(a)(1)(B), UPON CONVICTION AND AFTER RELEASE FROM ANY PERIOD OF INCARCERATION, BE TAKEN INTO CUSTODY BY THE UNITED STATES BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT AND DEPORTED TO BRAZIL OR TO ANY OTHER COUNTRY AS PRESCRIBED BY THE IMMIGRATION LAWS OF THE UNITED STATES OF AMERICA.

SO ORDERED.

*[signature: Richard G. Stearns]*

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

ENTERED: 8-13-04.