UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10001-RGS |
| ) | |
| MARCOS PITH DEOLIVEIRA ROCHA, ) | |
| a/k/a LUCAS VALADARES, ) | |
| Defendant. ) | |

## MOTION TO CORRECT JUDGMENT

The United States of America, by and through its attorney,
Michael J. Sullivan, United States Attorney for the District of
Massachusetts, hereby moves, pursuant to Fed. R. Crim. P. 36[1],
for an Order correcting the Judgment in a Criminal Case entered
in the above-captioned matter to reflect the Court's entry of an
order of forfeiture regarding certain assets.

As grounds therefor, the government states that on June 2,
2004, this Court entered a Preliminary Order of Forfeiture
against the following assets of the defendant:

(a)  One HP Pavilion Central Processing Unit computer;

(b)  One HP PSC 2175; and

(c)  $800.00 in United States Currency,

pursuant to 18 U.S.C. §§ 1028(b)(5), 982(a)(2)(B), 981(a)(1)(C)
and 28 U.S.C. § 2461(c).  Sentence was imposed on the defendant

---

[1] "After giving any notice it considers appropriate, the
court may at any time correct a clerical error in a judgment, or
other part of the record, or correct an error in the record
arising from oversight or omission."  Fed. R. Crim. P. 36.

on August 5, 2004.  The Judgment subsequently issued by the Court does not address the forfeiture which was previously ordered by the Court.

Fed. R. Crim. P. 32.2, which governs forfeiture, provides in pertinent part that:

> If the court finds that property is subject to forfeiture, it must promptly enter a preliminary order of forfeiture setting forth the amount of any money judgment or directing the forfeiture of specific property without regard to any third party's interest in all or part of it.

Fed. R. Crim. P. 32.2(b)(2).  Rule 32.2 further provides that:

> At sentencing ... the order of forfeiture becomes final as to the defendant and must be made a part of the sentence and be included in the judgment.

Fed. R. Crim. P. 32.2(b)(3).  Although captioned "Preliminary Order of Forfeiture," this Court's June 2, 2004 Order was final as to the defendant's interests in the forfeited assets and should be made part of the Judgment in a Criminal Case, pursuant to Rule 32.2.

WHEREFORE, the United States moves that the Judgment be amended to include this Court's order of forfeiture for the above-described assets.

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney


By:  /s/ Kristina E. Barclay
     Kristina E. Barclay
     Assistant U.S. Attorney
     United States Courthouse
     Suite 9200
     1 Courthouse Way
     Boston, MA 02210
     (617) 748-3100

Dated: November 2, 2004

CERTIFICATE OF SERVICE

I certify that I have served a true copy of the foregoing upon Syrie Fried, Esquire, Federal Defender Services, 408 Atlantic Avenue, Boston, Massachusetts 02210, as counsel for Defendant Marcos Pith De Oliveira Rocha, by first class mail.


/s/ KRISTINA E. BARCLAY
KRISTINA E. BARCLAY
Assistant U.S. Attorney


Dated: November 2, 2004

3