

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-10001-RGS |
|---|---|
| DEFENDANT(s)<br>MARCOS PITH DEOLIVEIRA ROCHA, a/k/a LUCAS VALDARES, and ARI ALVES TEIXEIRA | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>PUBLICATION |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Orders of Forfeiture and applicable law.

LJT x3364

| Signature of Attorney or other Originator requesting service on behalf of: | [ X ] Plaintiff<br>[  ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Dec. 7, 2004 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | Please see Remarks Section below | | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | | Jan 20 2005 |

**REMARKS:**
The above described Order was published in the Boston Herald newspaper as instructed above. Published on December 16, 23 and 30, 2004. A copy of the Publisher's Certificate is attached.

**TD F 90-22.48 (6/96)**

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this __5-TH__ day of __January__ A.D. 20 __05__ personally appeared before the undersigned, a Notary Public, within and for the said county, __Judith A. Presutti__ of the __Boston Herald__ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the

__CRIM # 04-10001-RCS__ advertisement was published in said newspaper in its issues of

__Dec 16, 23, 30__ A.D. 20 __04__

Subscribed and sworn to before me this __January__

day of __5th__ A.D. 20 __05__

_Shirley A. Soltys_
Notary Public
My commission expires July 22, 20[..]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, ss.
NOTICE OF ORDER OF FORFEITURE
Criminal No. 04-10001-RGS

United States of America, District of Massachusetts, at Boston, Massachusetts, June 2, 2004 and August 9, 2004.

Notice is hereby given that a Preliminary Order of Forfeiture has been entered in the United States District Court against the interests of Defendants Marcos Pith deOliveira Rocha and Ari Alves Teixeira, in the following lots of currency, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982:

* one HP Pavillion Central Processing Unit computer;
* One HP PSC 2175; and
* $800.00 in United States Currency, seized from 58 Copeland Street, Apt. #1, Quincy, Massachusetts, on or about December 17, 2003;

(collectively, referred to as the "Rocha Properties"); and

* $1,000.00 in United States Currency, seized from 58 Copeland Street, Apt. #1, Quincy, Massachusetts, on or about December 17, 2003 (the "Teixeira Currency").

Upon adjudication of all third party interests, the United States of America intends to dispose of the Rocha Properties and Teixeira Currency in accordance with the law.

Pursuant to 21 U.S.C. §853(n), (2) and (3), any person, other than the Defendants, having or claiming a legal interest in the above-described Rocha Properties and/or Teixeira Currency, may, within thirty (30) days of the final publication of notice or of receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the petitioner's alleged interest in the Rocha Properties and/or Teixeira Currency. The petition must be filed with the United States District Court for the District of Massachusetts, at the Office of the Clerk, John Joseph Moakley United States Courthouse, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, within thirty (30) days as provided under 21 U.S.C. §853(n). The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited Rocha Properties and/or the Teixeira Currency, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the Rocha Properties and/or the Teixeira Currency, any additional facts supporting the petitioner's claim, and the relief sought. Upon adjudication of all third party interests, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §853, as incorporated by 18 U.S.C. §982, in which all such interests will be addressed.

(DHS Ref: 2004040100045000)
Dec. 16, 23, 30