

# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>04-CR-10001-RGS |
|---|---|
| DEFENDANT<br>**MARCOS PITH DEOLIVEIRA ROCHA** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:

One HP Pavilion Central Processing Unit computer.

Address (Street or RFD / Apt. # / City, State, and Zip Code)

---

Send NOTICE OF SERVICE copy to Requester:

KRISTINA E. BARCLAY
ASSISTANT U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
1 COURTHOUSE WAY
SUITE 9200
BOSTON, MA 02210

| | |
|---|---|
| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

---

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please arrest, attach, inspect and retain the above-referenced asset in your custody until further order of the Court.

| Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant | Telephone No.<br>617-748-3100 | Date<br>Jun 15, 2004 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | Please see Remarks Section below | | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer | | Jan. 20, 2005 |

**REMARKS:**   U.S. Customs and Border Protection

The above referenced asset has been arrested/retained as instructed above and is currently in the custody of my office.

---

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY