UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

UNITED STATES OF AMERICA,
Plaintiff,

v.

MARCOS PITH DEOLIVEIRA ROCHA,
a/k/a LUCAS VALADARES,
Defendant.

CRIMINAL NO. 04-10001-RGS

Allowed. R.D. Stearns DJ 4-11-05.

**MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, by its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves that this Court issue a Final Order of Forfeiture in the above-captioned case, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982. In support thereof, the United States sets forth the following:

1. On or about January 7, 2004, a federal grand jury sitting in the District of Massachusetts returned an Eight Count Indictment charging defendant Marcos Pith De Oliveira Rocha (the "Defendant" or "Rocha"), with the following violations: Producing False Identification Documents, in violation of 18 U.S.C. § 1028(a)(1) and (b)(1), and Aiding and Abetting, in violation of 18 U.S.C. § 2, (Counts One, Three, and Five); Transferring False Identification Documents, in violation of 18 U.S.C. § 1028 (a)(2) and (b)(1), and Aiding and Abetting, in violation of 18 U.S.C. § 2, (Counts Two, Four, and Six);

Possession of Document-Making Implements for Production of False Identification Documents, in violation of 18 U.S.C. § 1028(a)(5) and (b)(1), and Aiding and Abetting, in violation of 18 U.S.C. § 2, (Count Seven); and Criminal Forfeiture, pursuant to 18 U.S.C. § 1028(b)(5), 18 U.S.C. §§ 981(a)(1)(c), and 982(a)(2)(B), and 28 U.S.C. § 2461(c), (Count Eight).

2. The Indictment sought the forfeiture, as a result of committing one or more of the false identification document offenses alleged in Counts One through Seven of the Indictment, of (1) any personal property used or intended to be used to commit the offense, pursuant to 18 U.S.C. § 1028(b)(5); (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of one or more of the offenses, pursuant to 18 U.S.C. § 982(a)(2)(B); and (3) any property, real or personal, which constitutes or is derived from proceeds traceable to one or more of the offenses, pursuant to 18 U.S.C. § 981(a)(1)(c), and 28 U.S.C. § 2461(c). Such property includes, but is not limited to, the following assets seized from Apartment 1, 58 Copeland Street, Quincy, Massachusetts, on or about December 17, 2003:

(a) Any and all equipment including, but not limited to, computers, including an HP Pavilion Central Processing Unit, and printers/scanners/copiers, including an HP PSC; and

(b) Approximately $2,000.00 in United States Currency.

3. On or about May 26, 2004, the Defendant entered a plea

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

UNITED STATES OF AMERICA,
Plaintiff,

v.

MARCOS PITH DEOLIVEIRA ROCHA,
a/k/a LUCAS VALADARES,
Defendant.

CRIMINAL NO. 04-10001-RGS

Allowed. R.D. Stearns DJ 4-11-05.

**MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, by its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves that this Court issue a Final Order of Forfeiture in the above-captioned case, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982. In support thereof, the United States sets forth the following:

1. On or about January 7, 2004, a federal grand jury sitting in the District of Massachusetts returned an Eight Count Indictment charging defendant Marcos Pith De Oliveira Rocha (the "Defendant" or "Rocha"), with the following violations: Producing False Identification Documents, in violation of 18 U.S.C. § 1028(a)(1) and (b)(1), and Aiding and Abetting, in violation of 18 U.S.C. § 2, (Counts One, Three, and Five); Transferring False Identification Documents, in violation of 18 U.S.C. § 1028 (a)(2) and (b)(1), and Aiding and Abetting, in violation of 18 U.S.C. § 2, (Counts Two, Four, and Six);

Possession of Document-Making Implements for Production of False Identification Documents, in violation of 18 U.S.C. § 1028(a)(5) and (b)(1), and Aiding and Abetting, in violation of 18 U.S.C. § 2, (Count Seven); and Criminal Forfeiture, pursuant to 18 U.S.C. § 1028(b)(5), 18 U.S.C. §§ 981(a)(1)(c), and 982(a)(2)(B), and 28 U.S.C. § 2461(c), (Count Eight).

2. The Indictment sought the forfeiture, as a result of committing one or more of the false identification document offenses alleged in Counts One through Seven of the Indictment, of (1) any personal property used or intended to be used to commit the offense, pursuant to 18 U.S.C. § 1028(b)(5); (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of one or more of the offenses, pursuant to 18 U.S.C. § 982(a)(2)(B); and (3) any property, real or personal, which constitutes or is derived from proceeds traceable to one or more of the offenses, pursuant to 18 U.S.C. § 981(a)(1)(c), and 28 U.S.C. § 2461(c). Such property includes, but is not limited to, the following assets seized from Apartment 1, 58 Copeland Street, Quincy, Massachusetts, on or about December 17, 2003:

(a) Any and all equipment including, but not limited to, computers, including an HP Pavilion Central Processing Unit, and printers/scanners/copiers, including an HP PSC; and

(b) Approximately $2,000.00 in United States Currency.

3. On or about May 26, 2004, the Defendant entered a plea

of guilty to Counts One through Seven of the Indictment, and the parties agreed that the Defendant would specifically forfeit, without limitation, to the United States, the following:

a. One HP Pavilion Central Processing Unit computer;

b. One HP PSC 2175; and

c. $800.00 in United States Currency,

(collectively referred to as the "Defendant Properties").

4. On or about June 2, 2004, this Court issued a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853(a), as incorporated by 18 U.S.C. § 982, and Rule 32.2 of the Federal Rules of Criminal Procedure, against the Defendant's interests in the Defendant Properties.

5. On or about August 5, 2004, a sentencing hearing was held whereby Rocha was convicted of Counts One through Seven of the Indictment and was sentenced to a term of ten months incarceration.

6. On or about December 8, 2004, this Court issued an Amended Judgment in a Criminal Case and declared that Rocha shall forfeit the Defendant Properties as outlined in the June 2, 2004 Preliminary Order of Forfeiture, as the Defendant Properties were subject to forfeiture based upon the Defendant's conviction.

7. On December 16, 2004, December 23, 2004, and December 30, 2004, a Notice of Order of Forfeiture was published in the Boston Herald Newspaper pursuant to 21 U.S.C. § 853(n), as

incorporated by 18 U.S.C. § 982 (see Exhibit A attached hereto).

8. By virtue of the Defendant's guilty plea and subsequent conviction on Counts One through Seven of the Indictment, the United States is now entitled to any and all interest the Defendant has in the Defendant Properties.

9. To date, no other claims of interest in the Defendant Properties have been filed with the Court and the time within which to do so has expired.

WHEREFORE, the United States respectfully requests that this Court enter a Final Order of Forfeiture against the Defendant Properties. A Proposed Order is submitted herewith for the convenience of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY: ______________________________
KRISTINA E. BARCLAY
SETH P. BERMAN
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
Telephone: (617) 748-3100

Date: April 8, 2005

**CERTIFICATE OF SERVICE**

I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Final Order of Forfeiture, as well as a proposed Final Order of Forfeiture, was served upon Syrie Fried, Esquire, Federal Defender Services, 408 Atlantic Avenue, Boston, Massachusetts 02210, as counsel for Defendant Marcos Pith De Oliveira Rocha, by first class mail, postage prepaid.

Kristina E. Barclay
Assistant U.S. Attorney

Date: April 8, 2005

N:\LTalbot\Barclay\Teixeira\(M) for Final Order of Forfeiture (Rocha).wpd



# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CA No. 04-10001-RGS |
| DEFENDANT(s)<br>**MARCOS PITH DEOLIVEIRA ROCHA, a/k/a LUCAS VALDARES, and ARI ALVES TEIXEIRA** | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| | |
|---|---|
| **SERVE AT** | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>PUBLICATION |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| | | |
|---|---|---|
| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Orders of Forfeiture and applicable law.

LJT x3364

| | | | |
|---|---|---|---|
| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Dec. 7, 2004 |
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ______ | District to Serve No. ______ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| | | |
|---|---|---|
| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br><br>Please see Remarks Section below | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency<br>Jan 20, 2005<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | |

REMARKS:

The above described Order was published in the Boston Herald newspaper as instructed above. Published on December 16, 23 and 30, 2004. A copy of the Publisher's Certificate is attached.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT ☐ FOR CASE FILE ☐ LEAVE AT PLACE OF SERVICE ☐ FILE C

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts }
County of Suffolk } ss.

On this 5th day of January A.D. 2005 personally appeared before the undersigned, a Notary Public, within and for the said county, Judith A. Presutti of the Boston Herald a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the

CRIM # 04-10001-RGS. advertisement

was published in said newspaper in its issues of

Dec 16, 23, 30 A.D. 2004

[signature]

Subscribed and sworn to before me this January

day of 5th A.D. 2005

Shirley A. Soley
Notary Public
My Commission Expires July 22, 200[illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, ss.

**NOTICE OF ORDER OF FORFEITURE**

Criminal No. 04-10001-RGS

United States of America, District of Massachusetts, at Boston, Massachusetts, June 2, 2004 and August 9, 2004.

Notice is hereby given that a Preliminary Order of Forfeiture has been entered in the United States District Court against the interests of Defendants Marcos Pith DeOliveira Rocha and Ari Alves Teixeira, in the following lots of currency, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982:

- one HP Pavilion Central Processing Unit computer;
- One HP PSC 2175; and
- $800.00 in United States Currency, seized from 58 Copeland Street, Apt. #1, Quincy, Massachusetts, on or about December 17, 2003,

(collectively referred to as the "Rocha Properties"); and

- $1,000.00 in United States Currency, seized from 58 Copeland Street, Apt. #1, Quincy, Massachusetts, on or about December 17, 2003 (the "Teixeira Currency").

Upon adjudication of all third party interests, the United States of America intends to dispose of the Rocha Properties and the Teixeira Currency in accordance with the law.

Pursuant to 21 U.S.C. §853(n) (2) and (3), as incorporated by 18 U.S.C. §982, any person, other than the Defendants, having or claiming to have a legal interest in the above-described Rocha Properties and/or the Teixeira Currency may, within thirty (30) days of the final publication of notice or receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the petitioner's alleged interest in the Rocha Properties and/or the Teixeira Currency. The petition must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, within the thirty (30) day period provided under 21 U.S.C. §853(n), as incorporated by 18 U.S.C. §982. The petition shall be signed by the petitioner under the pains and penalties of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited Rocha Properties and/or the Teixeira Currency, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the Rocha Properties and/or the Teixeira Currency, any additional facts supporting the petitioner's claim, and the relief sought. Upon adjudication of all third party interests, the Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. §853, as incorporated by 18 U.S.C. §982, in which all such interests will be addressed.

(DHS Ref. 20040401000045[illegible])
Dec 16, 23, 30